# EXHBIT A

| | |
|---|---|
| DISTRICT COURT, WELD COUNTY, COLORADO<br>P.O. Box 2038, Greeley, CO 80632-2038<br>901 Ninth Avenue<br>Greeley, CO 80631<br>Phone Number: 970-351-7300 | DATE FILED: July 14, 2014 4:18 PM<br>FILING ID: FEAF9E50F86C2<br>CASE NUMBER: 2014CV30660 |
| MCP TRUCKING, LLC, a Colorado limited liability company,<br>Plaintiff,<br>Vs.<br>SPEEDY HEAVY HAULING, INC., a Foreign Corporation, dba HEMP HILL TRUCKING, INC., dba HEMP HILL SPEEDY HEAVY HAULING SERVICES, dba T FORCE ENERGY SERVICES, INC., dba TRANSFORCE, INC.,<br><br>Defendant. | ▲ COURT USE ONLY ▲<br><br>Case No.   13CV_____<br><br>Div.:   _____ |
| Attorneys for Plaintiff<br>Witwer, Oldenburg, Barry & Groom, LLP<br>John J. Barry, No. 10401<br>822 7th Street, Suite 760<br>Greeley, CO 80631<br>Phone Number: 970-352-3161<br>Fax Number:   970-352-3165<br>E-mail:   JBARRY@WOBJLAW.COM | |
| **COMPLAINT** | |

COMES NOW the Plaintiff, by and through its attorneys, Witwer, Oldenburg, Barry & Groom, LLP, and as and for its Complaint against the above-named Defendant, would state and allege as follow:

### RECITALS:

1. Plaintiff is a Colorado limited liability company, having its principal place of business located in the County of Weld and State of Colorado.

2. Upon information and belief, Plaintiff states that Defendant is a foreign corporation, authorized to transact business in the State of Colorado.

3. Jurisdiction is proper in this matter, as the Defendant has transacted business within the State of Colorado.

4. Venue is proper in this matter in Weld County, Colorado, as the actions complained of occurred in the County of Weld, State of Colorado.

## FIRST CLAIM FOR RELIEF

### (Negligence)

5. On or about July 15, 2011, and at or near the intersection of Weld County Road 49 and Weld County Road 44 in Weld County, Colorado, Matt J. Stewart negligently and carelessly operated a motor vehicle owned or controlled by the Defendant, so as to cause such motor vehicle to collide with the motor vehicle owned by the Plaintiff.

6. Matt J. Stewart was, at all times pertinent hereto, the employee of the Defendant, and at all times pertinent hereto, was acting within the course and scope of his employment.

7. The negligence of the Defendant's employee, Matt J. Stewart, included careless driving resulting in injury and failure to yield the right-of-way.

8. As a proximate result of the aforesaid negligence of the Defendant's employee, Plaintiff sustained damages, including lost profits, property damage to its vehicle and attached trailer and equipment, consequential damages and interest.

WHEREFORE, Plaintiff prays for the relief set forth below:

## SECOND CLAIM FOR RELIEF

### (Negligence Per Se)

9. The foregoing paragraphs 1 through 7 are incorporated herein fully by this reference.

10. At the aforesaid time and place, Defendant's employee, Matt J. Stewart, who was acting within the course and scope of his employment with the Defendant, violated one or more applicable Colorado motor vehicle statutes, including, but not limited to, CRS §42-4-1402 (Careless Driving Resulting in Injury).

11. As a proximate result of the aforesaid negligence per se of the Defendant's employee, the Plaintiff suffered damages, including, but not limited to, lost profits, damages to personal property of the Plaintiff including the vehicle and the trailer and equipment attached thereto, and consequential damages, and interest.

WHEREFORE, Plaintiff prays for the relief set forth below.

## THIRD CLAIM FOR RELIEF

9.     The foregoing paragraphs 1 through 8 are incorporated herein fully by this reference.

10.     On or about July 1, 2013, the Weld County District Court entered judgment in favor of the Plaintiff and against Speedy Heavy Hauling, Inc. in Weld County District Court Case No. 2103CV81, which judgment relates to the claims of damages suffered by the Plaintiff as recited in case 2013CV81, as well as the damages sought through this proceeding.

11.     The judgment entered in favor of the Plaintiff and against Speedy Heavy Hauling, Inc. in Weld County District Court Case No. 2103CV81 was in the amount of $143,642.55, and such judgment remains completely unsatisfied.

12.     Upon information and belief, Defendant Speedy Heavy Hauling, Inc. has operated and continues to operate and exist under a number of different trade names, including the trade names set forth in the caption to this proceeding.

13.     Plaintiff is entitled to a Decree or Order of this Court that the judgment entered in favor of the Plaintiff against Speedy Heavy Hauling, Inc. in Weld County District Court Case No. 2013CV81 is and shall constitute a judgment against the Defendant named in this proceeding, by virtue of all of the trade names identified in the caption of this proceeding, and that Plaintiff is authorized to collect such judgment from the entity acting under such names.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, for interest as prescribed by law, for expert witness fees, for costs, and for a Decree that the Judgment entered in Weld County District Court Case No. 2013CV81 is and constitutes a judgment which is enforceable against the Defendant named herein under each of the names under which it operates as set forth in captioned proceeding, and for such other and further relief as the Court deems just and proper under the circumstances.

Dated this ___14th___ day of ___July___, 2014.

WITWER, OLDEN BURG,
BARRY & GROOM, LLP

_____
John J. Barry

Plaintiff's Address:
39100 Weld County Road 68
Briggsdale, CO 80611